

# Fourth Court of Appeals
## San Antonio, Texas

September 15, 2022

No. 04-22-00071-CR

Eric Daniel **AULD**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 198th Judicial District Court, Kerr County, Texas
Trial Court No. B16861
Honorable Rex Emerson, Judge Presiding

## O R D E R

The State's brief is due on September 19, 2022. Before the due date, the State filed an unopposed motion for a forty-five-day extension of time to file its brief until November 3, 2022.

The State's motion is GRANTED. The State's brief is due on November 3, 2022.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 15th day of September, 2022.



_____
MICHAEL A. CRUZ, Clerk of Court